

*Ingram State Technical College*
ISTC
• *Developing Responsible Citizens* •

**J. Douglas Chambers**
President

**Rickey A. Huffstutler, Ph.D**
Dean of the College

**Monica J. Greene**
Dean of
Fiscal Affairs

**James E. Wilson**
Dean of Students
and Support Services

# INGRAM STATE TECHNICAL COLLEGE

March 20, 2003

Ashley Jones
AIS#216506
Tutwiler Prison for Women
8966 U. S. Highway 231 North
Wetumpka, AL 36092

Dear Ms. Jones:

    This correspondence is a response to the request you submitted to my office on March 10th.

    According to **State Board Policy 718.01**, referencing **Correctional Education, Inmates serving life sentences without possibility of parole may only enroll in courses or programs at Alabama College System institutions after establishing the ability to benefit. Then, such inmate must either pay all tuition, fees, and special costs of such course or program, or the inmate must secure funds from other than state sources for said educational offerings.**

    If further information is needed regarding your situation, feel free to contact me.

Sincerely,

*James E. Wilson*
James E. Wilson
Dean of Students and Support Services

JEW/bjo