EXHIBIT B

**CASE ACTION SUMMARY**
**CONTINUATION**

Case Number: CC 00 153

Style: ASHLEY JONES

Page Number ____ of ____ Pages

| DATE | ACTIONS, JUDGMENTS, CASE NOTES |
|---|---|
| 4-13-01 | Defendant is ordered to complete an intensive Anger Management Program, Drug Treatment Program and Vocational Training Program. Additionally, it is directed that the Defendant receive pastoral care and counseling while at D.O.C. as well as psychological counseling. — Gloria Bahakel, Judge |
| 4-19-01 | Rentrans |
| 5/14/01 | Motion for new trial. |
| MAY 1 6 2001 | MOTION FOR NEW TRIAL SET FOR HEARING ON 5-25-01 AT 9 A.M. — Gloria Bahakel |
| 5-25-01  CT. REPORTER Rhonda Meadows | Motion for a New Trial heard this date. Defendant present with her Attorney of Record, the Hon. Joe Morgan, & the Hon. Laura Poston present on behalf of the state. After arguments were made by both sides, and after having considered same, said Motion is hereby Denied. Oral Notice of Appeal given this date. Written Notice of Appeal to follow. — Gloria Bahakel, Judge |
| 5-25-01 | FINDING OF FACT ORDER FROM CAPITAL CASE INCLUDED IN THIS FILE — Gloria Bahakel, Judge |

(over)