# I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
## ( UNDER 28 USCS 1746)

My name is Ashley Jones and I am over the age of 19. I am an inmate at Julia Tutwiler Prison for Women. This is pertaining to Exhibit C, the affidavit from the G.E.D. Instructor, Mr. Brock.

On August 1, 2005, at approximately 4:45 p.m., I was in the old dining room attempting to get an affidavit signed from Mr. Brock, the G.E.D. instructor from trade school for whom I tutored. Before I could get his written statement, which I need to help me with my lawsuit as it directly pertains to Exhibit C, Fact 7, Warden Gladys Deese and Deputy Warden Frank Albright walked in and ordered me to come with them. Warden Gladys Deese went on to her office and I was left standing with Deputy Warden Frank Albright, who then threatened to "down me" if he caught me talking to Mr. Brock again. He instructed me to go to my dorm. I ask him if I could get my folder from the old dining room first. He insisted upon knowing what was in it. I told him it was my legal folder, containing the paperwork for my lawsuit. He said I could not have it back until he went through it. After returning to my dorm, approximately 30 minutes later I was escorted to Warden Gladys Deese office. The contents of my lawsuit were discussed for a few minutes. I was then threatened to be removed from the Faith Based Honor Dorm because I was indeed pursuing a lawsuit. I feel as if I am being harrassed and threatened for excercising my right to, in fact, file a lawsuit.

*Ashley Jones*
SIGNATURE

*August 2, 2005*
DATE