# EXHIBIT D

institutional file. A brief summary of the inmate's institutional progress may be provided as well as a copy of the latest psychological report and the recommendation of the Warden. (Form 16) In certain circumstances the Parole Board may indicate that reinstatement will occur following placement in certain program (ISAP, etc.) Such cases are identified as RUSH. Detailed information about RUSH may be found in Chapter 3.

6. <u>Job Placement Board</u>: Classification personnel will participate with the ICS Officer, work supervisors, and others as designated by the Warden, in meetings of the Job Board for work assignments, job changes, selection of students for vocational training and other work or study assignments. The Warden is ultimately responsible for all decisions made by the Job Board. **<u>An inmate deemed heinous or barred Level II/I placement is ineligible for off-property assignment. NO EXCEPTIONS.</u>** The job assignment and management level form (FORM 24) is to be utilized when minimum-out custody is considered.

7. <u>Review for Protective Custody</u>: Because of the limited availability of single occupancy cells at institutions and in order to allocate these scarce resources wisely, requests by inmates for protective custody should be carefully investigated to determine the validity of the need for that status. Unless there is a real and present danger the inmate should not be assigned to protective custody. The following steps should be taken investigating an enemy claim:

   a. Appointment of an Enemies Validation Committee to investigate claims regarding enemy situations. This committee is generally composed of a Classification/Security representative.

   b. In all cases where an enemy has been validated and a life or safety threatening situation has been found to exist, the investigating institution must immediately prepare the enemies list and enter the data into the information system for both the inmate claiming the enemy and the validated enemy. If, after investigating, no validated enemy is found to exist, the inmate must be returned to population and full documentation must be made of the findings. (Form 17)

   c. If there is a valid enemy only at the current institution, classification must immediately start the necessary procedure for transfer to an institution where no enemy exists. If this is not possible, protection must be provided by placement in a single occupancy cell or in a double occupancy cell with another inmate who poses no known threat to the inmate whose safety is being sought.

03/08/05                                         19