EXHIBIT E

# I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
## ( UNDER 28 USCS 1746 )

**My name is** Kimberly D. Evans ,**AIS#** 196281 **. I am incarcerated at Julia Tutwiler Prison for Women. I have been on my job in the** Factory **, for** 3 1/2 **years.**

Kimberly D. Evans
**Signature**

July 21, 2005
**Date**

**Witness** 316526
7·21·05

**Witness** 12004 7-21-5

# I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
## ( UNDER 28 USCS 1746 )

My name is _Gloria Moore_ ,AIS# _163857_ . I am incarcerated at Julia Tutwiler Prison for Women.  I have been on my job in the _Factory_ , for _4 1/2_ years.

_Gloria Moore_
**Signature**

_7-21-2005_
**Date**

_ashley Jones_ 216546
**Witness**  7-21-05

_Fannie Dansbury_ 100044
**Witness**  7-21-5

# I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
## ( UNDER 28 USCS 1746 )

My name is _Carissa English_ ,AIS# _184917_ . I am incarcerated at Julia Tutwiler Prison for Women.  I have been on my job in the _~~laundry~~ factory_ , for _1_ years.

_Carissa English_
**Signature**

_07-21-05_
**Date**

_Ashley Jones 216526_
**Witness**
7-21-05

_Tammy DaBurney_
**Witness**
7-21-05

# I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
## ( UNDER 28 USCS 1746 )

My name is _Nancy Hudson_ ,AIS# _203943_ . I am incarcerated at Julia Tutwiler Prison for Women.  I have been on my job in the Sewing _Factory ~~18 months~~_ , for _1 ½_ years.

_Nancy Hudson_
**Signature**

_7-18-05_
**Date**

_Ashly Jones 216506_
**Witness**       _7-18-05_

_Webby Morey 187282_
**Witness**       _7-18-05_

# I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
## ( UNDER 28 USCS 1746 )

**My name is** _Melvina McDaniel_ **,AIS#** _13212 0_ _____ **. I am incarcerated at Julia Tutwiler Prison for Women.  I have been on my job in the** _House Keeping_ _____ **, for** _1 yr. 3 mns_ . **years.**

_Melvina McDaniel_
**Signature**

_7/11/05_
**Date**

_Ashley Jones 216526_
_7-11-05_
**Witness**

_Delia Bracewell – 130672_
_7-11-05_
**Witness**

# I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
## ( UNDER 28 USCS 1746 )

My name is _Sandra Jackson_ ,AIS# _204275_ . I am incarcerated at Julia Tutwiler Prison for Women.  I have been on my job in the _Laundry_ , for _4 ½_ years.

_Sandra Jackson_
**Signature**

_7-19-05_
**Date**

_Tanya Blackburn_
**Witness**

_Ashley Jones_
**Witness** _216806_

# I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
## ( UNDER 28 USCS 1746 )

**My name is** _Debra R. Shelley_ **,AIS#** _212855_ . **I am incarcerated at Julia Tutwiler Prison for Women. I have been on my job in the** _J.F.I. State College_ **, for** _1_ **years.**

_Debra R. Shelley_
**Signature**

_11 July 2005_
**Date**

_Ashley Simms  216506_
_7-11-05_
**Witness**

_Wendy Morey  187282_
_7-11-05_
**Witness**

# I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
## ( UNDER 28 USCS 1746 )

My name is _Tommie S. Johnson_ AIS# _261518_ . I am incarcerated at Julia Tutwiler Prison for Women.  I have been on my job in the _Trade School_ , for _11 months_ ~~years~~.

_Tommie S. Johnson_
**Signature**

_July 11, 2005_
**Date**

_Ashley Jones 216526_
**Witness**
_7-11-05_

_Kaye Talley 170909_
**Witness**

# I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
## ( UNDER 28 USCS 1746 )

**My name is** _Melissa S. Price_ **,AIS#** _216100_ **. I am incarcerated at Julia Tutwiler Prison for Women. I have been on my job in the** _Trade School Aide_ **, for** _8_ **years.** months.

_Melissa S Price_
**Signature**

_7-11-05_
**Date**

_Ashley Jones 216506 7-11-05_
**Witness**

_Dimetrus Abrit #172755 7-11-05_
**Witness**

# I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
## ( UNDER 28 USCS 1746 )

My name is _Bridgette Perry_ ,AIS# _222149_ . I am incarcerated at Julia Tutwiler Prison for Women. I have been on my job in the _J. F. Ingram College_ , for _3 ½_ years.

_Bridgette Perry_
**Signature**

_27-11-05_
**Date**

_Ashley Jones 216506_
**Witness** _7-11-05_

_Wendy Money 187287_
**Witness** _7-11-05_

# I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
## ( UNDER 28 USCS 1746 )

**My name is** _Sonya Cumbie_ ,**AIS#** _22216O_ . **I am incarcerated at Julia Tutwiler Prison for Women. I have been on my job in the** _In House Keeping_ , **for** _1_ **years.**

_Sonya Cumbie_
**Signature**

_7-19-05_
**Date**

_Ashly Jones, 216526_
_7.19.05_
**Witness**

_Wendy Money 187282_
_7-19-05_
**Witness**

# I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
## ( UNDER 28 USCS 1746 )

My name is *Carletta James* ,AIS# 217231 . I am incarcerated at Julia Tutwiler Prison for Women. I have been on my job in the Kitchen , for 3 years.

*Carletta James*
**Signature**

7-18-05
**Date**

*Ashley Jones* 216506
**Witness**                    7·18·05

*Penny Blackburn*
**Witness**              7-18-05
                      170047

# I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
## ( UNDER 28 USCS 1746 )

My name is _Candise Griffin_ ,AIS# _230835_ . I am incarcerated at Julia Tutwiler Prison for Women. I have been on my job in the _Backgate / Recycle_ , for _2_ years.

_Candise M. Griffin_
**Signature**

_July 18, 05_
**Date**

_Ashley Jones_ 216506
**Witness** 7-18-05

_Wesly Morey_ 187282
**Witness** 7-18-05

# I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
## ( UNDER 28 USCS 1746 )

My name is _Barbara Brunson_ , AIS# _17386_ . I am incarcerated at Julia Tutwiler Prison for Women. I have been on my job in the _Kitchen_ , for _8 months_ ~~years.~~

_Barbara Brunson_
**Signature**

_7-11-05_
**Date**

_Jenny Blackburn 170011_
_7-11-5_
**Witness**

_Ashley James 216506_
_7-11-05_
**Witness**

# I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
## ( UNDER 28 USCS 1746 )

**My name is** _Angela Kaye Talley_ ,**AIS#** _170907_ . **I am incarcerated at Julia Tutwiler Prison for Women. I have been on my job in the** _Law Library_ , **for** _1½_ **years.**

_Angela Kaye Talley_
**Signature**

_7-11-05_
**Date**

_Ashley Jones_ 216506
**Witness**                    7-11-05

_Debra Bracewell_ 130672
**Witness**                    7-11-05

# I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
## ( UNDER 28 USCS 1746 )

**My name is** Renee Huggins ,**AIS#** 172708 . **I am incarcerated at Julia Tutwiler Prison for Women.  I have been on my job in the** factory , **for** 11 months ~~years.~~

Renee Huggins
**Signature**

7-15-05
**Date**

Ashley Mus 216526
**Witness**          7-15-05

209251
**Witness**          7-15-05

# I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
## ( UNDER 28 USCS 1746 )

**My name is** _Kimberly Hayes_ **,AIS#** _186658_ **. I am incarcerated at Julia Tutwiler Prison for Women. I have been on my job in the** _Factory_ **, for** _9 mos_ **years.**

_Kimberly Hayes_
**Signature**

_7-15-05_
**Date**

_Ashley Jones_ 216506
**Witness**        7-15-05

_Harrie Lucas_ 209251
**Witness**        7-15-05

# I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
## ( UNDER 28 USCS 1746 )

My name is _Sandy JAMES_ ,AIS# _129472_ . I am incarcerated at Julia Tutwiler Prison for Women.  I have been on my job in the _factory_ , for _10_ years.

_Sandy James_
**Signature**

_7-15-05_
**Date**

_Ashly James 216506_
**Witness**       _7-15-05_

_Tammy Barbur TNO411_
**Witness**       _7-13-05_

# I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
## ( UNDER 28 USCS 1746 )

**My name is** _Judy Haney_ **,AIS#** _195095_ **. I am incarcerated at Julia Tutwiler Prison for Women. I have been on my job in the** _Factory_ **, for** _7_ **years.**

_Judy Haney_
**Signature**

_7-11-05_
**Date**

_Rhing Jones 810536_
**Witness**               7-11-05

_Linda S. Hooper 154383_
**Witness**               7-11-05

# I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
## ( UNDER 28 USCS 1746 )

**My name is** _Debra Braewell_ **,AIS#** _130672_ **. I am incarcerated at Julia Tutwiler Prison for Women. I have been on my job in the** _Factory_ **, for** _9_ **years.**

_Debra Braewell - 130672_
_7-11-05_
**Signature**

_7-11-05_
**Date**

_Ashley Jones 216506_
_7-11-05_
**Witness**

_Kay Nalley 170907_
**Witness**

# I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
## ( UNDER 28 USCS 1746 )

My name is _Janet A. Lemoine_ ,AIS# _204587X_ . I am incarcerated at Julia Tutwiler Prison for Women.  I have been on my job in the _Factory_ , for _5½_ years.

_Janet A. Lemoine_
**Signature**

_7-11-05_
**Date**

_Ashley Jones 216506 7-11-05_
**Witness**

_Jna C. 214635 7-11-05_
**Witness**

# I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
## ( UNDER 28 USCS 1746 )

My name is _Linda Smith_ ,AIS# _208243_ . I am
incarcerated at Julia Tutwiler Prison for Women.  I have been on my job in the
_factory_ , for _3_ years.

_Linda Smith_
**Signature**

_7-11-05_
**Date**

_Jamitha Dunbar AIS#225523 7-11-05_
**Witness**

_Ashley Jones 316506 7-11-05_
**Witness**

# I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT
## ( UNDER 28 USCS 1746 )

**My name is** _MELANIE LOWERY_ **,AIS#** _164217_ . **I am incarcerated at Julia Tutwiler Prison for Women. I have been working in the** _factory_ **, for** _7_ **years.**

_Melanie Lowery_
**Signature**

_7/11/05._
**Date**

_Ashley Gines B16506_  _7-11-05_
**Witness**

_Ruth Chambless #134196_  _7·11·05_
**Witness**

# I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
## ( UNDER 28 USCS 1746 )

My name is _LYNDA SIDES_ ,AIS# _150446_ . I am incarcerated at Julia Tutwiler Prison for Women. I have been on my job in the _Sewery Factory_ , for _8½_ years.


_Lynda Sides_
**Signature**

_7/11/05_
**Date**


_Ashley Jones 214586_
**Witness** _7-11-05_

_Renee Jenkins 163189_
**Witness** _7-11-05_

# I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
## ( UNDER 28 USCS 1746 )

My name is _Terrie TeppenPaw_ ,AIS# _205323_ . I am incarcerated at Julia Tutwiler Prison for Women.  I have been on my job in the _FActory_ , for _4_ years.

_Terrie Teppenpaw_
**Signature**

_7 | 18 | 05_
**Date**

_Ashley Jones 216526_
**Witness**
_7 18 05_

_Jane Simons 204987_
**Witness**
_7 18 05_

# I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
## ( UNDER 28 USCS 1746 )

My name is _Romona Holloway_ ,AIS# _21139 9_ . I am incarcerated at Julia Tutwiler Prison for Women. I have been on my job in the _Tradeschool_ , for _4_ years.

_Romona Holloway_
**Signature**

_07-15-05_
**Date**

_Ashley Jones_ 216506
**Witness** 7-15-05

_Lauai Guare_ 209251
**Witness** 7-15-05

# I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
## ( UNDER 28 USCS 1746 )

My name is _Jana Perry_ ,AIS# _202669_ . I am incarcerated at Julia Tutwiler Prison for Women. I have been on my job in the _J. F. Ingram College_ for _1 1/2_ years.

_Jana Perry_
**Signature**

_7/11/05_
**Date**

_Ashley Jones 216526_
**Witness**
_7-11-05_

_Lamar Lathan_
**Witness** _7/11/05_

# I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
## ( UNDER 28 USCS 1746 )

My name is _Tracy Cohen_ ,AIS# _230721_ . I am incarcerated at Julia Tutwiler Prison for Women. I have been on my job in the _Trade School_ , for _one_ years.


_Tracy Cohen_
**Signature**

_7-17-05_
**Date**


_Ashley Jones_ 216506
**Witness**  7·17·05

_Wendy Money_ 187282
**Witness**  7-17-05

# I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
## ( UNDER 28 USCS 1746 )

**My name is** Melissa Ford **,AIS#** 236668 **. I am incarcerated at Julia Tutwiler Prison for Women.  I have been on my job in the** Hous Keeping **, for** 7 mo, **years.**

Melissa Ford
**Signature**

2/18/05
**Date**

77004/
7-18-05
**Witness**

Ashley Jones 211506
7-18-05
**Witness**

# I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
## ( UNDER 28 USCS 1746 )

**My name is** Tammy Blackburn ,**AIS#** 170041 . **I am incarcerated at Julia Tutwiler Prison for Women. I have been on my job in the** Law Library , **for** 1 year 8 months **years.**

Tammy Blackburn #170041
**Signature**

7-15-05
**Date**

Simone Pierce 214549 AIS
**Witness** 7-15-05

Ashley Jones 216506
**Witness** 7-15-05

# I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
## ( UNDER 28 USCS 1746 )

My name is _Linda S Hooper_ ,AIS# _056383_ . I am incarcerated at Julia Tutwiler Prison for Women. I have been on my job in the _House Keeping_ , for _over 5_ years.

_Linda Hooper_
**Signature**

_7-28-05_
**Date**

_Ashley Jones 216506 7-28-05_
**Witness**

_7-28-05 17004_
**Witness**