I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.    (UNDER 28 USCS 1746)

Below you will find a list of women inmates at Julia Tutwiler Prison for Women, that do not want to sign a form stating how long they have been on there state job because they are scared they will be pulled or lose there paying jobs or will be retaliated against by Warden Gladys Deese and Deputy Warden Frank Albright. I have been able to get the following names that have been on there state job more then 8 months or for years.

1. Wendy Carmichael - factory - for years on & off
2. Kimberly Phillips - factory - for years on & off
3. Jackie Schut - factory - over a year
4. Nancy McCauley - factory - 2 years
5. Shelia Cooper - factory - a few years
6. Jacueline Holloway - factory - over a year
7. Toni Duel - over a year
8. Debra Cheese - Housekeeping - for years on & off
9. Gloria Anderson - Housekeeping - for years on & off
10. Lisa Bowens - Trade School - 6 years
11. Lydia Jones - Housekeeping - 1½ years
12. Nancy Brechennolge - Factory - 2 years
13. Nancy Butler - Housekeeping - for years
14. Betty Wilson - laundry - for years
15. Natasha Wilkes - factory - for years
16. Betty Woods - Kitchen - for years
17. Linda Faye Williams - factory - for years on & off
18. Kathleen Cure - factory - for years
19. Evelyn Dutton - factory - 1 year
20. Juanita Gardner - Trade School -
21. Kabriesha Goosby - Trade school 1 year
22. Josephine Gale - over a year "runner"
23. Betty Green - Housekeeping - over a year
24. Ernestine Smith - Trade School - over a year
25. Gail Leonard - Trade School - 8 months
26. Roshunda Kelly - Trade School - over a year
27. Rita Herrerro - Factory - over a year
28. Gloria Baldwin - Factory - for years
29. Gradine Crawford - IBH - year
30. Paula Stewart - Factory - over a year

Signature: Ashley Jones    Date: 8/2/05

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.    (UNDER 28 USCS 1746)

Below you will find a list of women inmates at Julia Tutwiler Prison for Women, that do not want to sign a form stating how long they have been on there state job because they are scared they will be pulled or lose there paying jobs or will be retaliated against by Warden Gladys Deese and Deputy Warden Frank Albright.  I have been able to get the following names that have been on there state job more then 8 months or for years.

1. Consuella Allen - Trade School - 8 months
2. Demetris Abru - Trade School - over a year
3. Mary Baldwin - Factory - over a year
4. Michelle Bankston - Trade School - 2 years
5. Ophelia Benson - Trade School - over a year
6. Shirley Brooks - Laundry - for years
7. Veronica Macon - Laundry - for years
8. Sarah Crawford - IBM - 1 year
9. Deborah Hamilton - over a year
10. Tammuette Helms - Factory - over a year
11. Ebra Hayes - IBM - 2 years
12. Cathy Jenkins - Housekeeping - for years
13. Clorestine McQueen - Factory - over a year
14. Jimmie Prichett - Factory - 11 years
15. Mary Portis - Kitchen - over 5 years
16. Mary Hammack - IBM - 10 years
17. Fay Howell - Factory - over a year
18. Felicia Scott - IBM - 6 years
19. Carolyn Tishaw - Factory - over a year
20. Clara Waldrup - Factory - 2 years
21. Deborah Johnson - Factory - over a year
22. Lisa Ann Smith - Maintenance - 10 years
23. Carolyn Yaw - Factory - on & off for years
24. Angelica Willis - Runner - 2 years
25. Stacie Graham - Kitchen - over a year
26. Jane Ingram - Laundry - for years
27. Brenda Powell - 2 years - Factory
28.
29.
30.

Signature: Ashley Jones    Date: 8/2/05