## INMATE REQUEST SLIP

Name _Ashley Jones_    Quarters _3 26 T_ Date _7/12/05_

AIS # _216506_

( ) Telephone Call    ( ) Custody Change    ( ) Personal Problem

( ) Special Visit    ( ) Time Sheet    (✗) Other _____

Briefly Outline Your Request - <u>Then Drop In Mail Box</u>

Ms. Vaughn,

I would like to know if I can sign up to go to trade school?

Thank you

<u>Do Not Write Below This Line</u> - **For Reply Only**

7/12/05

Per Warden Deese, IWOPS cannot attend trade school.

—Ms. Vaughan

| Approved | Denied | Pay Phone | Collect Call |
|---|---|---|---|

Request Directed To: (<u>Check One</u>)

( ) Warden    ( ) Deputy Warden    ( ) Captain

( ) Classification Supervisor    ( ) Legal Officer - Notary Public    ( ) Record Office

N176