E.  **Work Assignments and Programs:**

On reduction to medium custody, LWOP inmates may be assigned to any work assignment or program conducted inside the perimeter security of a Level V or VI institution.

F.  **Transfers:**

In any movement of LWOP inmates outside the perimeter security of the institution, they will be in the custody of armed officers and will be suitably restrained with leg irons and handcuffs.

EXHIBIT H

03/08/05                                45