**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Frank Albright, Deputy Warden
    Julia Tutwiler Prison for Women
    8966 U.S. Hwy 231 North
    Wetumpka, AL 36092

2:05cv731 (Order + cmp 40 dys)

2. Article Number (Transfer from service label)    7004 2510 0001 0150 7379

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

Jones

A. Signature
X Rosa Robinson    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
Rosa Robinson

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

AUG 25 2005

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered       ☒ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Gladys Deese, Warden
    Julia Tutwiler Prison for Women
    8966 U.S. Hwy 231 North
    Wetumpka, AL 36092

2:05cv731 (Cmp + Order 40 dys)

2. Article Number (Transfer from service label)    7004 2510 0001 0150 7362

PS Form 3811, February 2004    Domestic Return Receipt    02595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

Jones

A. Signature
X Rosa Robinson    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
Rosa Robinson

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

AUG 25 2005

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered       ☒ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes