# #2:05-CV-00731-MEF-DRB

# DOCUMENT #6

# ACKNOWLEDGMENT
# OF
# HARASSMENT

# IS

# STRICKEN FROM THE RECORD

# AND

# RETURNED TO PLAINTIFF

# PER ORDER, DOCUMENT #7.