IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ASHLEY T. JONES, #216506, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:05-CV-731-F |
| | ) | |
| GLADYS DEESE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

On September 28, 2005, the Clerk erroneously accepted and filed an acknowledgment submitted by the plaintiff. *See Court Doc. No. 6.* This document is not properly before the court as it does not contain a certificate of service demonstrating that the plaintiff provided a copy of such document to the defendants as required by Rule 5(a), *Federal Rules of Civil Procedure*, and the order of procedure entered in this case on August 24, 2005 (Court Doc. No. 4). The aforementioned order specifically advised "[t]he plaintiff . . . that her failure to file motions, pleadings or other papers in conformity with the *Federal Rules of Civil Procedure* and/or the directives contained in this order will result in such documents not being accepted for filing." *Id.* at 4. The order further directed that the clerk "not accept for filing any pleadings, motions or other applications submitted by the plaintiff which are not in compliance with either the *Federal Rules of Civil Procedure* or the directives contained in this order." *Id.* Accordingly, it is

ORDERED that the acknowledgment received from the plaintiff on September 28, 2005 be stricken from the file and returned to the plaintiff. The plaintiff is hereby advised that if she seeks to assert additional claims for relief she may do so by filing an appropriate motion to amend and

providing a copy of such motion to the defendants.

    Done this 30th day of September, 2005.


                        **/s/ Delores R. Boyd**
                        DELORES R. BOYD
                        UNITED STATES MAGISTRATE JUDGE