# State of Alabama
# Alabama Department of Corrections

301 S. Ripley Street
P. O. Box 301501
Montgomery, AL 36130

**Bob Riley**
GOVERNOR

**Donal Campbell**
COMMISSIONER



May 2, 2005

ADMINISTRATIVE REGULATION NUMBER    444

OPR: OPERATIONS

## INMATE WORK PROGRAMS

I. **GENERAL**

This Alabama Department of Corrections (ADOC) Administrative Regulation (AR) establishes responsibilities, policies, and procedures to provide a guideline for the employment, assignment, and daily activity of an inmate assigned to a work program.

II. **POLICY**

It is the policy of the ADOC to ensure that inmates are occupied in a work program, which will contribute to their personal development and the efficient operation of the institution.

III. **DEFINITION(S) AND ACRONYM(S)**

A. Job Review Board: A multi-disciplinary board that is designated by the Warden consisting of security staff, classification specialist, and the Warden/designee.

B. Work Program: Any job that an inmate is assigned.

IV. **RESPONSIBILITIES**

A. The Warden is responsible for developing their Standard Operation Procedures (SOPs), as necessary, for the implementation of AR 444, Inmate Work Programs.

B. It is the responsibility of the Warden/designee to ensure that a job board meets on a consistent basis to assign inmates to a work program.

V. **PROCEDURES**

A. A job board will meet as designated by the Warden/designee.

B. All inmates, received at their institution of assignment and having been medically cleared, will be screened by the job board within 10 business days (excluding the intake time period at those designated intake institutions).

EXHIBIT 3

    C.    Job Review Board shall:

        1.    Review the institutional file and all available electronic data to include but not limited to institutional behavior, prior work history, and escape history.

        2.    Complete ADOC Job Review Board Form 24 as specified in the Classification Manual (Refer to Annex A, ADOC Job Review Board – Job Assignment and Management Level).

        3.    Screen for special skills

        4.    Evaluate mental/medical limitations and history.

    D.    Civilian job assignments for approved work release inmates are excluded from the requirements of this regulation.

## VI.   DISPOSITION

Any forms used will be disposed of and retained according to the Departmental Records Disposition Authority (RDA).

## VII.   FORMS

There are no forms prescribed by this regulation.

## VIII.   SUPERCEDES

This being a new regulation it does not supercede any other regulation at this time.

## IX.   PERFORMANCE

Code of Alabama, 1975, Section 14-1-1 and 14-1-2

*[signature]*
Donal Campbell, Commissioner

**ANNEX(S):**

Annex A to AR 444 – Job Review Board – Job Assignment and Management Level

ALABAMA DEPARTMENT OF CORRECTIONS

# JOB REVIEW BOARD

# JOB PLACEMENT AND MANAGEMENT LEVEL

Institution: _____ DOB: _____ R/S _____

Inmate: _____ AIS #: _____

Security Level: _____ Job Assignment: _____

County of Conviction: _____

Effective Date: _____ Custody: _____

Approved Management Level:   In _____   Out _____

The following information was considered in determining this job assignment:

Current Offense: _____

Date of Current Offenses: _____ Most Serious Prior: _____

Number of Escapes: _____ Date of Escape: _____

Prior Escape History:   ( ) Yes   ( ) No

Minimum Release Date: _____ Parole Date: _____

Age at First Conviction: _____ Current Age: _____

Number of Prior Convictions: _____ Education Level: _____

Sentence Date: _____ Detainers: _____

Alcohol Abuse History:   ( ) Yes   ( ) No      Drug Abuse History:   ( ) Yes   ( ) No

Marital Status:   ( ) Single   ( ) Divorced or Widowed   ( ) Married or Common-law Marriage

Can perform Regular Work:   ( ) Yes   ( ) No

Job Skills: _____

Number of serious disciplinary infractions during the last three years: _____

Medical Report Available:   ( ) Yes  ( ) No      Psychological Report Available:   ( ) Yes  ( ) No

PSI Report Available:   ( ) Yes  ( ) No      FBI Report Available:   ( ) Yes  ( ) No

**Job Review Committee Final Approval:**

_____          _____
Warden                                                   Board Chairperson

_____          _____
Board Member                                         Board Member

Summary of Public Risk Potential (include justification): _____

_____

_____

**Annex A to AR 444 (Classification Manual Form 24)– May 2, 2005**

3 of 3

AR 444 – May 2, 2005