```
SEP. 07, 2005                    JOB HISTORY PROCESSING                               INMJHR
                                 JOB CHANGE LOG BY AIS #

----CHANGED----                              ------------CHANGED------------
DATE     TIME  AIS    NAME                   FROM                TO                      F
06/01/01 09:16 216506 JONES, ASHLEY             UNASSIGNED    U   CLASS                  N
08/30/01 12:18 216506 JONES, ASHLEY          U  CLASS         S   RUNNER/CRANE           N
09/25/01 10:32 216506 JONES, ASHLEY          S  RUNNER/CRANE  E3  GED #3                 N
12/06/01 12:18 216506 JONES, ASHLEY          E3 GED #3        U   UNASSIGNED             Y
12/18/01 10:59 216506 JONES, ASHLEY          U  UNASSIGNED    3   HS ED                  N
01/15/02 07:08 216506 JONES, ASHLEY          3  HS ED         U   UNASSIGNED             N
01/17/02 10:41 216506 JONES, ASHLEY          U  UNASSIGNED    K   CANTEEN                N
02/13/02 09:51 216506 JONES, ASHLEY          K  CANTEEN       U   UNASSIGNED             Y
02/14/02 12:37 216506 JONES, ASHLEY          U  UNASSIGNED    S   LT. HAWTHORNE          N
06/05/02 10:18 216506 JONES, ASHLEY          S  LT. HAWTHORNE E3  GED #3                 N
09/25/02 13:15 216506 JONES, ASHLEY          E3 GED #3        E2  TUTOR                  N
12/11/02 12:43 216506 JONES, ASHLEY          E2 TUTOR         U   UNASSIGNED             Y
12/17/02 10:47 216506 JONES, ASHLEY          U  UNASSIGNED    C   KITCHEN                N
01/14/04 09:19 216506 JONES, ASHLEY          C  KITCHEN       RD  RESTRICTIVE DO         N
01/30/04 15:33 216506 JONES, ASHLEY          RD RESTRICTIVE DO U  UNASSIGNED             N
02/03/04 10:21 216506 JONES, ASHLEY          U  UNASSIGNED    C   KITCHEN                N
03/09/04 05:21 216506 JONES, ASHLEY          C  KITCHEN       RD  RESTRICTIVE DO         N
04/09/04 10:37 216506 JONES, ASHLEY          RD RESTRICTIVE DO U  UNASSIGNED             N
04/15/04 09:56 216506 JONES, ASHLEY          U  UNASSIGNED    BB  TENDER/LAUNDRY         N
05/03/04 03:44 216506 JONES, ASHLEY          BB TENDER/LAUNDRY DD DRUG DORM              N
10/26/04 14:49 216506 JONES, ASHLEY          DD DRUG DORM     U   UN                     N
11/04/04 10:27 216506 JONES, ASHLEY          U  UN            B   LAUNDRY WORKER         N
11/16/04 13:20 216506 JONES, ASHLEY          B  LAUNDRY WORKER E2 TUTOR                  N
06/14/05 14:07 216506 JONES, ASHLEY          E2 TUTOR         A   HOUSEKEEPING           Y
07/15/05 10:18 216506 JONES, ASHLEY          A  HOUSEKEEPING  BB  TENDER/LAUNDRY         N

                                        LAST PAGE   1
```



EXHIBIT 4