Jones, Imete
216506

6-23-04

Imate Jones Does not have any Medication on the Mar. The Last time meds were on mar for pt was 4/4/04. Imate has not put request slip in since 5/4/04.

*(signature)*
HCU

QUALITY CONTROL - JT
Date: 8/3/14
Initials: *(initials)*

EXHIBIT
6

SCANNED - JTP
Date: 7/31/14
Initials: *(initials)*