Sent copy to A. Jones file
(RA) 216506

# INMATE REQUEST SLIP

Name __Adaminous__   Quarters _____   Date __8-12-05__

AIS # _____

( ) Telephone Call   ( ) Custody Change   (✓) Personal Problem
( ) Special Visit    ( ) Time Sheet       ( ) Other _____

**Briefly Outline Your Request - Then Drop In Mail Box**

I would like to know if you can talk to someone about Ashley in Dorm 3, she stays in the library everyday, and it is not fair to others inmates who wants to come but can't because it's not their day. She has a friend who works in their and that's not fair. Please look into this matter, cause it is not fair, she is very rude in the library. Thank you

**Do Not Write Below This Line - For Reply Only**

You don't have to Reply

Approved        Denied        Pay Phone        Collect Call

**Request Directed To:** (Check One)

( ) Warden                    (✓) Deputy Warden        ( ) Captain
( ) Classification Supervisor ( ) Legal Officer - Notary Public  ( ) Record Office

N176

EXHIBIT 7