**INMATE REQUEST SLIP**

Name: Ashley Jones    Quarters: 326T    Date: 7/12/05
AIS #: 216506

( ) Telephone Call    ( ) Custody Change    ( ) Personal Problem
( ) Special Visit     ( ) Time Sheet        (X) Other _____

**Briefly Outline Your Request - Then Drop In Mail Box**

Ms. Vaughn,
I would like to know if I can sign up to go to trade school?
Thank you

**Do Not Write Below This Line - For Reply Only**    7/12/05

Re: Warden Deese, WOPs cannot attend trade detail.
— Ms. Vaughan

| Approved | Denied | Pay Phone | Collect Call |

Request Directed To: (Check One)

( ) Warden                      ( ) Deputy Warden           ( ) Captain
( ) Classification Supervisor   ( ) Legal Officer - Notary  ( ) Record Office
                                    Public

N176


EXHIBIT 8