## INMATE REQUEST SLIP

Name *Ashley Jones*    Quarters *9B*    Date *11/7/03*

AIS # *216506*

( ) Telephone Call    ( ) Custody Change    (✓) Personal Problem
( ) Special Visit    ( ) Time Sheet    (✓) Other _____

**Briefly Outline Your Request - Then Drop In Mail Box**

Warden Debuskt,
Can I please see you concerning a ongoing issue in the kitchen.

Thank You

**Do Not Write Below This Line - For Reply Only**

Reported mis conduct by staff in the Kit. Requesting an interview with Capt W[H?]

Approved    Denied    Pay Phone    Collect Call

Request Directed To: (Check One)

( ) Warden    (✓) Deputy Warden    ( ) Captain
( ) Classification Supervisor    ( ) Legal Officer - Notary Public    ( ) Record Office

N176


EXHIBIT 9