

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
Julia Tutwiler Prison for Women
8966 U.S. Highway 231
Wetumpka, AL 36092
(334)567-4369

Don Siegelman
Governor

Gladys Deese
Warden III

Michael W. Haley
Commissioner

Frank Albright
Deputy Warden

**TO:**      GED Examiner

**FROM:**    Gladys Deese
Warden III

**DATE:**    August 14, 2002

**REF:**     **GED Test**

This memo is to confirm that inmate Ashley Jones, AIS #216506, is incarcerated here at Julia Tutwiler Prison for Women. Inmate Jones is currently enrolled in Mr. Brock's GED class at Ingram State Technical College and has passed the GED pretest. I am recommending that inmate Jones be granted approval to take the GED Test on August 27, 29, and 29, 2002.

If you should have any questions please do not hesitate to contact me at (334) 567-4369. Thank you for your consideration in this matter.

**EXHIBIT**

10

PENGAD-Bayonne,N.J.