# JOB ENTRANCE/EXIT FORM

**ENTRANCE/EXIT**  DATE 2/13/02

This change is being requested by:  Inmate/AIS# Ashley Jones #216506

Supervisor Mrs Blankenship

**Reason for request:**
too stressful Atmosphere Cow trying to con her into doing something wrong

**Length of time on job:** 3 wks

**Work Performance (Supervisor):**

**If problem exists, state nature of problem and any attempts to solve it:**

**Comments:**

EXHIBIT 11