# JOB ENTRANCE/EXIT FORM

**ENTRANCE/EXIT**  DATE 1-14-02

**This change is being requested by:**  Inmate/AIS# Ashley Jones 216506

Supervisor Special Services - Kay Perryman

**Reason for request:**
The job board assigned Ashley Jones to Trade School to attend Spec. Serv. High School Diploma prog. However, because she is LWOP, she must be served inside Tut. because LWOP's can't come over to the school. See below

**Length of time on job:** _____

**Work Performance (Supervisor):**
_____
_____
_____
_____

**If problem exists, state nature of problem and any attempts to solve it:**
Spec. Services has not completed their evaluation to see if she qualifies for Spec. Ed. (They have to meet with her parents & do testing of the prospective student)

**Comments:** Therefore, it would probably be best for her to be assigned to a job inside Tutwiler until it is determined if she can be taught inside the prison.

B. Mullins
Director

**EXHIBIT 12**