```
                                          JONES, ASHLEY
                                          B/F 216506X           03/09/85
                                          REC'D JEFFERSON CO   05/29/01
                                          ANGER MANAG, SAP, VOC TRAIN
```

Age __16__

Current sentence __LWOP   Murder x 2, Attempt Murder x 2__

Date sentenced __4.13.01__   MRD __LWOP__   PCD _____

Prob. Violator_____ Parole Violator_____ SIR/PDL Violator_____

Martial Status--Never married _✓_ Common Law___ Widowed___ Married___ Divorced___

Drug/alcohol abuse history __yes__ ___ Needs SAP_____ Relapse_____

Psychological report or comment _____

Medical problems __None__

Pregnant __No__  Due Date _____

Can inmate perform regular work? __Yes__  Job Skills _____

Violence in current crime (YES)/NO   Violence in past crime YES/(NO) Assault on mother as JV

Summary of public risk potential (include reason)
__High, High, High — LWOP__

Date __6.19.01__ Recommended management level __Close (90 days)__

Recommend program __SAP, GED Classes__

Job assignment history

| Date | Approved Management Level | Job assignment | Job Board |
|---|---|---|---|
| 8/30/01 | | Ms Crain | AB |
| 9/25/01 | | GED | AB |
| 1/17/02 | | Canteen | PY, GL, FA |
|  | | Lt. Hawthorne | AB |
| 5/7/02 | | GED | AB, FA, GL |
| 12/17/02 | | Kitchen | AB, PA, GL |

EXHIBIT 13

ALABAMA BOARD OF CORRECTIONS
DIVISION OF PROFESSIONAL SERVICES
ERVIEW RECORD

```
JONES, ASHLEY
B/F  216506X              03/09/85
REC'D JEFFERSON CO   05/29/01
ANGER MANAG, SAP, VOC TRAIN
```

| | Serial No | Race | Sex | DOB: M/D/Y |
|---|---|---|---|---|
| le | | | | |

**USE OF FORM:** Each interview summary should contain the following material as appropriate: topics discussed; recommendations made by counselor; decisions made by inmate; progress noted or other observations of counselor. All inmates must be advised during the initial interview of the nature and extent of confidentiality in the counseling relationship. Each entry must be dated and signed by the counselor.

**NOTE:** NO PART OF THIS RECORD IS TO BE DUPLICATED OR EXTRACTED, EITHER IN FACT OR IN SUBSTANCE, WITHOUT THE WRITTEN AUTHORIZATION OF THE INMATE NAMED ABOVE.

| DATE OF ENTRY | SUMMARY OF INTERVIEW | SIGNATURE OF COUNSELOR |
|---|---|---|
| 5-29-01 | Rec from Jeff CO – CWDP | [sig] |
| 6.12.01 | Initial Class. interview | BB |
| 6.19.01 | Initial Class Close Bell, Deese, Chadwell | BB |
| 9/20/01 | Spoke w/ inmate per her request. She expressed the desire to obtain her GED. She indicated not meeting criteria for special services & therefore cannot go to TS. Will follow up. | R |
| 9/24/01 | Spoke w/ Mr. Brock concerning inmate's desire to obtain GED. He requested that she be placed on his Board, will test her & if she tests above 6th grade, she will be accepted into his class. | R |
| 9/24/01 | Ms. Crain & Officer Lacey notified of above. | R |

B OF C 400     PAGE  1

PAGE _____

| DATE OF ENTRY | SUMMARY OF INTERVIEW | SIGNATURE OF COUNSELOR |
|---|---|---|
| 1/1/02 | Disc hearing Guilty = 21 days loss of all privileges and 21 days disc seg. included time served. | Peters |
| 3/20/02 | Disc. Hearing - 21 days seg, loss of all privileges to include canteen, visitation and telephone. Include time served. | |
| 6/13/02 | AR - med - SG, FA | R |
| 24 Oct 02 | Held disc hearing for violation of rule #62 - Guilty. Recommendation: 30 days loss of telephone/canteen | |
| 12/5/02 | 6 mo RV - no change due to conviction | R |
| 5-25-03 | Disciplinary Hearing Rule #56 Disciplinary Nol Pros due to this being inmate Jones first violation | |
| 6/19/03 | AR - med - FA, SG | R |
| 8-22-03 | Disc. Hearing, Rule #57 Insubordination Found Guilty. Recomm. 21 days loss of all privileges. | |
| 10/15/03 | 6 mo RV - no change due to sentence | R |
| 6/11/04 | AR (med)  FA, SG,  PVAUGHANS | |
| 12/15/04 | 6 month review - no change due to LWOP sentence.....pvaughans | |
| 6/1/2005 | AR = no change (med) due to LWOP sentence       pvaughans | |