N012A     *Negative Behavior*     REV.07/15/86

## WORK SUPERVISOR'S/CORRECTIONAL OFFICER'S REPORT

Institution: Tutwiler     Date: 4-11-03

Name: Ashley Jones     AIS #: 216506X

Job: Kitchen     R & S: 6/t

I certify that I have been this inmate's work supervisor since ___N/A___ (Date). I supervise him for _____ hours per day. He (does/does not) work under my direct supervision.

Instructions: Please give a brief response to each of the following. If you do not know about a particular area, please say so. Do not answer good or bad without giving the specific reason(s) behind your answer.

1) Adjustment to incarceration: ✓Poor ___Fair ___Good ___Excellent
Comments: Inmate Jones has not adjusted to being incarcerate

2) Work Performance: ___Malingerer ___Gets By ___Performs well ___Unusually Good Worker
Comments: N/A

3) General Attitude: ✓Poor ___Fair ___Good ___Excellent
Comments: Inmate Jones has a very poor attitude toward Correctional Officer

4) Relationship with other inmates: ✓Poor ___Fair ___Good ___Excellent
Comments: Inmate Jones has a poor relationship with other Inmates

5) Relationship with Correctional Staff: ✓Poor ___Fair ___Good ___Excellent
Comments: Inmate Jones has a poor relationship with Correctional STAFF

6) Utilization of spare time: ✓Poor ___Fair ___Good ___Constructive
Comments: always laying down sleep or walking the Halls

7) Personal appearance: ✓Unkempt ___Average ___Always Well Groomed
Comments: Inmate always have to be told to get in compliance

8) Maintenance of living area: ✓Messy ___Average ___Neat and Tidy
Comments: Inmate Jones Living is always messy

The specific reason I have prepared this report is: Inmate Jones should not be considered for any type of program due to Inmate Jones Negative Behavior

I am aware that this report can be used in consideration of less restrictive placement and custodies and also can be used for purposes of IGT which, if granted, may result in an early release to society.

Work Supervisor/Correctional Officer: C/O Tommy Cox     Position/Title: C/O     Shift: 1st

EXHIBIT 14