** PRODUCTION **

15/SEP/2005 15:58:36 CDDIS 538 R-DAWN CDDIS02 647

---

A I S #: 00216506X CMT NAME: JONES, ASHLEY SEQ #: 015

DISC DT: 02/17/2004 TYPE: 4-MAJOR PENALTY: 4-NONE

CUSTODY CHANGED FROM: 29-MED9 TO: 29-MED9 GOOD TIME REVOKED: 00Y00M00D

RETAINED # OF DAYS : 0000

RULE INFRACTION: SEXUAL OFFENSE (NONFORCIBLE)/SOLICITING

AT INSTITUTION : TUTWILER PRISON

LITERAL: 45D DISC SEG & LOSS PRIV/CUST REVIE LTD DATE: 02/18/2004

PENGAD-Bayonne, N J
EXHIBIT
15

---

A I S #: 00216506X CMT NAME: JONES, ASHLEY SEQ #: 014

DISC DT: 08/28/2003 TYPE: 4-MAJOR PENALTY: 4-NONE

CUSTODY CHANGED FROM: 29-MED9 TO: 29-MED9 GOOD TIME REVOKED: 00Y00M00D

RETAINED # OF DAYS : 0000

RULE INFRACTION: INSUBORDINATION

AT INSTITUTION : TUTWILER PRISON

LITERAL: 21 DAYS LOSS PRIV LTD DATE: 08/29/2003

---

A I S #: 00216506X CMT NAME: JONES, ASHLEY SEQ #: 013

CITN DT: 06/17/2003 TYPE: 9-BEHAVIOR CITATION PENALTY: 4-NONE

CUSTODY CHANGED FROM: 29-MED9 TO: 29-MED9

RETAINED # OF DAYS : 0000

RULE INFRACTION: VIOLATION OF INSTIT. RULES OR REG.

AT INSTITUTION : TUTWILER PRISON

LITERAL: 30DAYS LOSS PRIVL LTD DATE: 06/23/2003

---

A I S #: 00216506X CMT NAME: JONES, ASHLEY SEQ #: 012

CITN DT: 06/17/2003 TYPE: 9-BEHAVIOR CITATION PENALTY: 4-NONE

CUSTODY CHANGED FROM: 29-MED9 TO: 29-MED9

RETAINED # OF DAYS : 0000

RULE INFRACTION: VIOLATION OF INSTIT. RULES OR REG.

AT INSTITUTION : TUTWILER PRISON

LITERAL: 30 DAYS LOSS OF PRIVILEGES LTD DATE: 06/23/2003

---

A I S #: 00216506X CMT NAME: JONES, ASHLEY SEQ #: 011

DISC DT: 05/13/2003 TYPE: 4-MAJOR PENALTY: 4-NONE

CUSTODY CHANGED FROM: 29-MED9 TO: 29-MED9 GOOD TIME REVOKED: 00Y00M00D

RETAINED # OF DAYS : 0000

RULE INFRACTION: POSSESSION OF CONTRABAND

AT INSTITUTION : TUTWILER PRISON

LITERAL: 45 DAYS LOSS PRIVILEGES/21 DAYS SEG LTD DATE: 05/15/2003

---

A I S #: 00216506X CMT NAME: JONES, ASHLEY SEQ #: 010

CITN DT: 04/29/2003 TYPE: 9-BEHAVIOR CITATION PENALTY: 4-NONE

CUSTODY CHANGED FROM: 29-MED9 TO: 29-MED9

RETAINED # OF DAYS : 0000

RULE INFRACTION: VIOLATION OF INSTIT. RULES OR REG.

AT INSTITUTION : TUTWILER PRISON

LITERAL: 14 DAYS LOSS OF ALL PRIVILEGES LTD DATE: 05/05/2003

** PRODUCTION **

15/SEP/2005 15:59:11 CDDIS 538 R-DAWN CDDIS03 648

---

A I S #: 00216506X CMT NAME: JONES, ASHLEY SEQ #: 009

CITN DT: 04/25/2003 TYPE: 9-BEHAVIOR CITATION PENALTY: 4-NONE

CUSTODY CHANGED FROM: 29-MED9 TO: 29-MED9

RETAINED # OF DAYS : 0000

RULE INFRACTION: VIOLATION OF INSTIT. RULES OR REG.

AT INSTITUTION : TUTWILER PRISON

LITERAL: 20 DAYS LOSS OF ALL PRIVILEGES LTD DATE: 04/29/2003

A I S #: 00216506X CMT NAME: JONES, ASHLEY SEQ #: 008

CITN DT: 03/04/2003 TYPE: 9-BEHAVIOR CITATION PENALTY: 4-NONE

CUSTODY CHANGED FROM: 29-MED9 TO: 29-MED9

RETAINED # OF DAYS : 0000

RULE INFRACTION: POSSESSION OF CONTRABAND

AT INSTITUTION : TUTWILER PRISON

LITERAL: 30D LOSS ALL PRIIVLEGES LTD DATE: 03/04/2003

---

A I S #: 00216506X CMT NAME: JONES, ASHLEY SEQ #: 007

DISC DT: 12/30/2002 TYPE: 4-MAJOR PENALTY: 4-NONE

CUSTODY CHANGED FROM: 29-MED9 TO: 29-MED9 GOOD TIME REVOKED: 00Y00M00D

RETAINED # OF DAYS : 0000

RULE INFRACTION: THEFT/DAMAGE/DESTRUCT. OF OTHER'S PROPERTY

AT INSTITUTION : TUTWILER PRISON

LITERAL: 30D LOSS ALL PRIVI/21D DISCIP SEG LTD DATE: 01/06/2003

A I S #: 00216506X CMT NAME: JONES, ASHLEY SEQ #: 006

DISC DT: 10/30/2002 TYPE: 4-MAJOR PENALTY: 4-NONE

CUSTODY CHANGED FROM: 29-MED9 TO: 29-MED9 GOOD TIME REVOKED: 00Y00M00D

RETAINED # OF DAYS : 0000

RULE INFRACTION: INT. CREATE SECURITY/SAFETY/HEALTH HAZ.

AT INSTITUTION : TUTWILER PRISON

LITERAL: 30 DAYS LOSS CANTEEN/TELEPHONE PRIV LTD DATE: 11/13/2002

---

A I S #: 00216506X CMT NAME: JONES, ASHLEY SEQ #: 005

CITN DT: 09/20/2002 TYPE: 9-BEHAVIOR CITATION PENALTY: 4-NONE

CUSTODY CHANGED FROM: 29-MED9 TO: 29-MED9

RETAINED # OF DAYS : 0000

RULE INFRACTION: VIOLATION OF INSTIT. RULES OR REG.

AT INSTITUTION : TUTWILER PRISON

LITERAL: 15 DAYS LOSS ALL PRIVILEGES LTD DATE: 09/24/2002

---

A I S #: 00216506X CMT NAME: JONES, ASHLEY SEQ #: 004

CITN DT: 09/06/2002 TYPE: 9-BEHAVIOR CITATION PENALTY: 4-NONE

CUSTODY CHANGED FROM: 29-MED9 TO: 29-MED9

RETAINED # OF DAYS : 0000

RULE INFRACTION: VIOLATION OF INSTIT. RULES OR REG.

AT INSTITUTION : TUTWILER PRISON

LITERAL: 30 DYS LOSS ALL PRIVILEGES LTD DATE: 09/10/2002

A I S #: 00216506X CMT NAME: JONES, ASHLEY SEQ #: 003

DISC DT: 03/25/2002 TYPE: 4-MAJOR PENALTY: 4-NONE

CUSTODY CHANGED FROM: 29-MED9 TO: 29-MED9 GOOD TIME REVOKED: 00Y00M00D

RETAINED # OF DAYS : 0000

RULE INFRACTION: ASSAULT ON ANOTHER INMATE

AT INSTITUTION : TUTWILER PRISON

LITERAL: 21 DAYS SEG/30 DAYS LOSS PRIVILEGES LTD DATE: 03/26/2002

** PRODUCTION **

15/SEP/2005 15:59:42 CDDIS 538 R-DAWN CDDIS02 647

---

A I S #: 00216506X CMT NAME: JONES, ASHLEY SEQ #: 002

DISC DT: 01/02/2002 TYPE: 4-MAJOR PENALTY: 4-NONE

CUSTODY CHANGED FROM: 29-MED9 TO: 29-MED9 GOOD TIME REVOKED: 00Y00M00D

RETAINED # OF DAYS : 0000

RULE INFRACTION: MAKING FALSE STATEMENT OR CHARGES

AT INSTITUTION : TUTWILER PRISON

LITERAL: 21 DAYS SEG/LOSS OF ALL PRIVILEGES LTD DATE: 01/04/2002

** PRODUCTION **

15/SEP/2005 15:59:46 CDDIS 538 R-DAWN CDDIS03 648

---

A I S #: 00216506X CMT NAME: JONES, ASHLEY SEQ #: 001

CITN DT: 12/12/2001 TYPE: 9-BEHAVIOR CITATION PENALTY: 4-NONE

CUSTODY CHANGED FROM: 29-MED9 TO: 29-MED9

RETAINED # OF DAYS : 0000

RULE INFRACTION: VIOLATION OF INSTIT. RULES OR REG.

AT INSTITUTION : TUTWILER PRISON

LITERAL: 7 DAYS LOSS OF ALL PRIVILEGES LTD DATE: 12/12/2001