RECEIVED
2005 OCT 17 A 10:18

2:05CV731-F

## MOTION FOR EXTENSION OF TIME TO RESPOND TO REQUEST

**Ashley Jones** moves the Court for an order extending **20** days, the time within which **she** may reply to the request for admission of facts and of genuineness of documents served upon her be **3** on **October**, 200**5**, on the grounds that:

Need more time in order to respond to the defendent report. I am an inmate and it does take longer to get information and affidavits. Also the legal library have been closed since Tuesday Oct. 11 and will be closed through Friday. I ask the court to extend my order to 20 more days in order to file proper paperwork.

Thank you,
Ashley Jones
#216506 Dorm 3
8966 U.S. Hwy 231
Wetumpka, AL 36092

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon Jeffery H. Long (counsel for defendant) By U.S. First Class Mail, this 12 day of October, 2005.

_Ashley Jones_
Petitioner

Jeffery H. Long
Office of the Attorney General
Alabama State House
11 South Union Street
Montgomery, AL 36130


OFFICE OF The Clerk
United States District Court
    P.O. Box 711
Montgomery, AL. 36101