In The United States District Court
For The Middle District of Alabama
Northern Division

RECEIVED
2005 NOV 15 A 9:31
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Ashley T. Jones                )
 AIS 216506                    )
    plaintiff                  ) Civil Action No. 2:05-CV-731
      v.                       )
 Gladys Deese, et, al          )
  Defendants                   )

Response to Defendants Special Report

COMES NOW, the plaintiff, Ashley T. Jones in response to this Honorable Courts order dated October 3, 2005, hereby submit the following:

Parties -

1) Plaintiff Ashley T. Jones is an Alabama Department of Corrections (ADOC) inmate currently housed in the Julia Tutwiler Prison For Women (Tutwiler).

2) Defendant Gladys Deese was employed (retired now) as Warden III at Tutwiler

3) Defendant Frank Albright is currently employed as a Warden II at Tutwiler

## Argument

1) Plantiff assert defendants has failed to state claims upon their special report.

2.) Defendants can not plead the affirmative defenses of qualified and absolute immunity - when they made the decisions.

3) Plantiff assert defendants has failed to show in any issues that the material facts of the Plantiff are untrue.

4) Plantiff has showed that the defendants have and still are violating her constitutional rights under 42 USC 1983. Discrimination against male inmates and female inmates.

5) Plantiff has been denied the same rights as male L.W.O.P. inmates by the Defendants to attend Trade School

6.) Plantiff does not state she has a right to a job, not once did the plantiff state that.

## Plantiff Exhibits

Exhibit(1) Affidant of Ashley Jones - November 10, 2005

Exhibit(2) Affidavit of father of the Plantiff - Eugene Jones Nov. 3, 2005

Exhibit(3) Document of Trade School procedures

Exhibit(4) - Plantiff Time sheet - October 6, 2005

Exhibit(5) - letter from Warden Deese of Congratulations for achievement Oct 1, 2002

Exhibit(6) letter by G.E.D. Instructor Joel Brock - September 26, 2002

Exhibit(7) Correctional Officer Report

Exhibit(8) Correctional Officer Report

Exhibit(9) Correctional Officer Report

Exhibit(10) Captains Secretary Report

Facts:

The plantiff is an life without parole inmate housed at Julia Tutwiler Prison For Women. The plantiff went through her Classification Supervisor to attend Trade School which is the steps to take to attend Trade School. Tutwiler prison system has nothing documented of the requirements to take for L.W.O.P (life w/o parole) inmates in how to attend Trade School. The plantiff went by the only source she knew to handle her request after many requests to both defendents which was never answered to go to Trade School. Exhibit 3 shows that you have to go through your classification Supervisor for Trade School. The plantiff wrote to her classification Supervisor and Exhibit 8 of the defendants shows that the defendant G. Deese said no L.W.O.P (life w/o parole) inmates can attend Trade School. The defendant G. Deese did not state L.W.O.P inmates can attend if they pay, but said that L.W.O.P. inmates could not attend Trade School. Plantiff only recieves a monthly allowance which is necessary, but Plantiff father is willing to pay for the plantiff to attend Trade School, see Exhibit 2. Plantiff was never advised by either defendants the requirements they have said in their report. The defendants have tried to use the past history of the Plantiff to make her look like a bad inmate. On the defendants special report page 4 it states officer cox wrote a negative behavior report. There's no such officer in Tutwiler and haven't been since Plantiff have been incarcerated there. The defendant used an incident report Exhibit 5 of the defendants about an incident and disciplinary that the plantiff

was found <u>not</u> <u>guilty</u> of. See plantiff time sheet date 10/6/2005. The incident date June 24, 2004 - lying rule # 58, Exhibit 5 of the defendants does not show up. Plantiff is in the faith based honor dorm and you have to be one year clear of all write ups. Plantiff does have 15 write ups from her past, but the plantiff have growed up and made much improvement in her life. Plantiff was only 14 years old when incarcerated and is 20 years old now. If you will read the different officer good reports you will see the plantiff have changed for the better. The plantiff has not filed suit on her past behavior but on the <u>fact</u> that the life w/o Parole men are allowed to attend Trade School if they pay. I, (the plantiff) "Ashley Jones" want that same fair treatment as the male inmates have. On more then one account I have wrote and told defendants that I would pay to go to Trade School, neither defendant would answer my requests. I had no other options to exhaust but file a lawsuit against the two defendants that is keeping me from attending Trade School. Both defendants can be held responsible because it is those two defendants that have and still are keeping me from attending Trade School. The defendents Exhibit 13 that was dated 6/19/01 - all L.W.O.P inmates that come into the prison system have to be closed for a 90 day period which is a D.O.C. policy throughout the state. This Exhibit has nothing to do with my lawsuit. Exhibit <u>1</u> of the defendants which is an anonymous request slip is invalid because it has nothing to do with my lawsuit and there's no

evidence that those accusations are true, also there's no identity. Exhibit 14 of the defendants ~~name~~ has nothing to do with the plantiff, there is no officer Cox nor has there ever been in the plantiff stay at Tutwiler.

Exhibit 5 by plantiff is a letter from Warden Deese dated Oct 1, 2002 of congratulations of the hard work and what she had achieve. The defendant also states she should continue to further her education.

After being pulled from Trade School as a GED tutor, the plantiff was placed as dorm laundry attendant where there is no supervision on the job. It is a 10 minute job about 3 days a week. The laundry supervisor works inside the laundry room which is in another part of the prison. The defendant Deputy Warden Frank Albright states I was pulled from Trade School as a tutor because he had information that the plantiff was not performing her job, but the defendant did not show any documents or evidence proving this so called fact. The plantiff talked to Mr. Joel Brock - GED instructor, and he informed plantiff that he was advised by Deputy Warden Frank Albright not to have any communication with plantiff, if he did then he will be wrote up. Deputy Warden Frank Albright also threatned the plantiff of the same thing. There is no security reasons why plantiff can not attend Trade School. There are 3 Doc officers at Trade School and Warden Deese did allow for plantiff to tutor at Trade School and not once did the plantiff cause any trouble

the time that she was there. The defendants did not show any evidence that she did. The defendants also allow for L.W.O.P. inmates to work at the clothing plant with only _1_ DOC officer and all kind of sharp objects such as sissors, snips, tweezers etc. Therefore Trade School will be more secure than the clothing plant. All that, I the plantiff has ask is for the defendants to allow me to attend Trade School and complete a Trade. The plantiff father is willing to pay all cost in Trade school which the defendant already know. I have ask no more then the male inmates with L.W.O.P. are allowed to do.

I pray the court grant me the opportunity to be treated equal with the male inmates who are serving a Life w/o perole sentence.

Ashley Jones 216506
89606 U.S. Hwy 231
Wetumpka, Al. 36092
November 10, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon Jeffery H. Long

By U.S. First Class Mail, this __10__ day of __November__ ,2005.

Ashley Jones AI16506 11/10/05
Petitioner
89166 U.S. Hwy 231
Wetumpka, Al. 36092

OFFICE OF THE CLERK
United States District Court
P.O. BOX 711
Montgomery, Al. 36101-0711

Address of Counsel
Office of the State Attorney
Alabama State House
11 South Union Street
Montgomery, Al. 36130