I Declare Under Penalty of Perjury that the Foregoing is True and Correct
(Under 28 USCS 1746)

In the United States District Court For the Middle District of Alabama

## Affidavit

My name is Ashley Jones. I am an individual over the age of nineteen years and im currently incarcerated at Julia Tutwiler Prison For Women, 8966 U.S. Hwy 231 Wetumpka, Alabama. I'm the plantiff in the 1983 claim against Gladys Deese and Frank Albright the defendants. (CV-2:05-731-F

As a result of this 1983 claim, I have been harassed, threatned by the defendants and their employees. The defendants have spreaded malicious rumors about me and scandalized my name because of this lawsuit. The defendants also raised issues in their special report that happened in 2002, 2003, and 2004 which is irrelevant to my claim. My past behavior should not allow them to discriminate against me because I am a woman who has L.W.O.P. (life w/o parole) and only desires to be treated the same as the male inmates.

Ashley Jones
November 10, 2005

Jefferson County}
}
State of Alabama}

# Affidavit

This comes to verify that I, Eugene Jones, am over the age of 19 years; the father of Ashley Jones; and I am the owner of Talk of the Town Barber & Style Shop, 1703 4th Avenue, North, Birmingham, Alabama. I have been in business since 1982.

I hereby declare that if Ashley Jones is granted the opportunity to attend trade school, I will be responsible for paying her tuition fees.

_____
Eugene Jones
Talk of the Town Barber Shop
1703-4th Avenue, North
Birmingham, AL 35203
(205) 254-9736

Sworn and subscribed before me, *Eugene Jones*, that the above statement is true and correct. Done this 3rd day of November, 2005.

_____
Notary Public

Commission Expires 03/13/2007

**Want to make the most of your time?**

**Consider learning a trade and advancing your education.**

   

# J. F. Ingram State Technical College

 **JOIN US!** 

## CLASSES BEGIN JANUARY 04, 2006

 

### Technical Programs

Cosmetology         Welding          Secretarial

Automotive Mechanics

Commercial Foods    Floral Design    Commercial Sewing

### Additional Educational Opportunities

High School ✏ GED

Drop a request in your **Classification Specialist's** box **today**!

```
                        ALABAMA DEPARTMENT OF CORRECTIONS           INST:    006
CBR716-3                 INMATE SUMMARY AS OF 10/06/2005            CODE: CRSUM
```

****************************************************************************

```
AIS: 00216506X    INMATE: JONES, ASHLEY                 RACE: B   SEX: F

INST: 006 - TUTWILER PRISON                DORM:  00    JAIL CR: 001Y 04M 09D

DOB: 03/09/1985   SSN: 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

ADM DT: 04/13/2001 DEAD TIME: 000Y 00M 00D    *INMATE SERVING LIFE W/OUT PAROLE*

ADM TYP: LIFE SENTENCE W/O PAROLE          STAT: REMOVED FROM SEGREGATION

CURRENT CUST: MED-9   CURRENT CUST DT: 06/01/2005   PAROLE REVIEW DATE: - NONE -

SECURITY LEVEL: (5) FIVE

SERVING UNDER ACT446 LAW IN CLASS IV          CURRENT CLASS DATE:    04/13/2001
INMATE IS EARNING : PROHIBITED FROM EARNING GOODTIME

COUNTY        SENT DT  CASE NO   CRIME                        JL-CR      TERM
JEFFERSON     04/13/01 N00000151 MURDER                       0494D      LWOP       CS
                                 CAPITAL
              COURT COSTS  : $0000844    FINES : $0000000   RESTITUTION : $0000100
JEFFERSON     04/13/01 N00000152 MURDER                       0494D      LWOP       CS
                                 CAPITAL
              COURT COSTS  : $0000796    FINES : $0000000   RESTITUTION : $0000100
JEFFERSON     04/13/01 N00000153 ATTEMPTED MURDER             0494D      LIFE       CS
              COURT COSTS  : $0000684    FINES : $0000000   RESTITUTION : $0000100
JEFFERSON     04/13/01 N00000154 ATTEMPTED MURDER             0494D      LIFE       CS
              COURT COSTS  : $0000708    FINES : $0000000   RESTITUTION : $0000100

  TOTAL TERM      MIN REL DT      GOOD TIME BAL      GOOD TIME REV      LONG DATE
     LWOP         00/00/0000                                            99/99/9999

INMATE LITERAL: ANGER MANAG,SAP,VOC TRAIN,PASTORAL CARE&COUNSELING
```
****************************************************************************

```
DETAINER WARRANTS SUMMARY
     INMATE CURRENTLY HAS NO DETAINER WARRANT RECORDS
```
****************************************************************************

```
ESCAPEE-PAROLE SUMMARY

     INMATE CURRENTLY HAS NO PAROLE RECORDS

     INMATE IS CURRENTLY BARRED FROM PAROLE

     INMATE CURRENTLY HAS NO PROBATION 754 RECORDS

     INMATE HAS NO ESCAPES FROM ADOC SINCE OBSCIS RECORDING B
```
****************************************************************************

```
DISCIPLINARY/CITATION SUMMARY
```

CONTINUED ON NEXT PAGE

```
                        ALABAMA DEPARTMENT OF CORRECTIONS              INST:   006
CBR716-3                INMATE SUMMARY AS OF 10/06/2005                CODE: CRSUM


************************************   CONTINUATION   ************************************

AIS: 00216506X    INMATE: JONES, ASHLEY                    RACE: B   SEX: F

******************************************************************************************

DISCIPLINARY/CITATION SUMMARY

  >> DISCIPLINE: 02/17/2004   TIME LOST: 00Y00M00D    CUST FROM MED9 TO MED9
     DISCIPLINE TYPE: MAJOR                    AT INST: 006    RULE NUMBER: 37
     RETAINED DAYS: 0000   SEQ #: 15    RULE LIT: SEXUAL OFFENSE (NONFORCIBLE)/SOLI

  >> DISCIPLINE: 08/28/2003   TIME LOST: 00Y00M00D    CUST FROM MED9 TO MED9
     DISCIPLINE TYPE: MAJOR                    AT INST: 006    RULE NUMBER: 57
     RETAINED DAYS: 0000   SEQ #: 14    RULE LIT: INSUBORDINATION

    >> CITATION: 06/17/2003                             CUST FROM MED9 TO MED9
       CITATION TYPE: BEHAVIOR CITATION        AT INST: 006    RULE NUMBER: 85
     RETAINED DAYS: 0000   SEQ #: 13    RULE LIT: VIOLATION OF INSTIT. RULES OR REG

    >> CITATION: 06/17/2003                             CUST FROM MED9 TO MED9
       CITATION TYPE: BEHAVIOR CITATION        AT INST: 006    RULE NUMBER: 85
     RETAINED DAYS: 0000   SEQ #: 12    RULE LIT: VIOLATION OF INSTIT. RULES OR REG

  >> DISCIPLINE: 05/13/2003   TIME LOST: 00Y00M00D    CUST FROM MED9 TO MED9
     DISCIPLINE TYPE: MAJOR                    AT INST: 006    RULE NUMBER: 64
     RETAINED DAYS: 0000   SEQ #: 11    RULE LIT: POSSESSION OF CONTRABAND

    >> CITATION: 04/29/2003                             CUST FROM MED9 TO MED9
       CITATION TYPE: BEHAVIOR CITATION        AT INST: 006    RULE NUMBER: 85
     RETAINED DAYS: 0000   SEQ #: 10    RULE LIT: VIOLATION OF INSTIT. RULES OR REG

    >> CITATION: 04/25/2003                             CUST FROM MED9 TO MED9
       CITATION TYPE: BEHAVIOR CITATION        AT INST: 006    RULE NUMBER: 85
     RETAINED DAYS: 0000   SEQ #: 09    RULE LIT: VIOLATION OF INSTIT. RULES OR REG

    >> CITATION: 03/04/2003                             CUST FROM MED9 TO MED9
       CITATION TYPE: BEHAVIOR CITATION        AT INST: 006    RULE NUMBER: 64
     RETAINED DAYS: 0000   SEQ #: 08    RULE LIT: POSSESSION OF CONTRABAND

  >> DISCIPLINE: 12/30/2002   TIME LOST: 00Y00M00D    CUST FROM MED9 TO MED9
     DISCIPLINE TYPE: MAJOR                    AT INST: 006    RULE NUMBER: 68
     RETAINED DAYS: 0000   SEQ #: 07    RULE LIT: THEFT/DAMAGE/DESTRUCT. OF OTHER'S

  >> DISCIPLINE: 10/30/2002   TIME LOST: 00Y00M00D    CUST FROM MED9 TO MED9
     DISCIPLINE TYPE: MAJOR                    AT INST: 006    RULE NUMBER: 62
     RETAINED DAYS: 0000   SEQ #: 06    RULE LIT: INT. CREATE SECURITY/SAFETY/HEALT

    >> CITATION: 09/20/2002                             CUST FROM MED9 TO MED9
       CITATION TYPE: BEHAVIOR CITATION        AT INST: 006    RULE NUMBER: 85
     RETAINED DAYS: 0000   SEQ #: 05    RULE LIT: VIOLATION OF INSTIT. RULES OR REG

    >> CITATION: 09/06/2002                             CUST FROM MED9 TO MED9
       CITATION TYPE: BEHAVIOR CITATION        AT INST: 006    RULE NUMBER: 85
     RETAINED DAYS: 0000   SEQ #: 04    RULE LIT: VIOLATION OF INSTIT. RULES OR REG

                        CONTINUED ON NEXT PAGE
```

```
CBR716-3                    ALABAMA DEPARTMENT OF CORRECTIONS              INST:   006
                            INMATE SUMMARY AS OF 10/06/2005                CODE: CRSUM


*******************************        CONTINUATION        *******************************

AIS: 00216506X    INMATE: JONES, ASHLEY                        RACE: B   SEX: F

*******************************************************************************************

DISCIPLINARY/CITATION SUMMARY

 >> DISCIPLINE: 03/25/2002   TIME LOST: 00Y00M00D    CUST FROM MED9 TO MED9
    DISCIPLINE TYPE: MAJOR                           AT INST: 006    RULE NUMBER: 31
    RETAINED DAYS: 0000   SEQ #: 03    RULE LIT: ASSAULT ON ANOTHER INMATE

 >> DISCIPLINE: 01/02/2002   TIME LOST: 00Y00M00D    CUST FROM MED9 TO MED9
    DISCIPLINE TYPE: MAJOR                           AT INST: 006    RULE NUMBER: 41
    RETAINED DAYS: 0000   SEQ #: 02    RULE LIT: MAKING FALSE STATEMENT OR CHARGES

   >> CITATION: 12/12/2001                           CUST FROM MED9 TO MED9
      CITATION TYPE: BEHAVIOR CITATION               AT INST: 006    RULE NUMBER: 85
      RETAINED DAYS: 0000   SEQ #: 01   RULE LIT: VIOLATION OF INSTIT. RULES OR REG
```



| | STATE OF ALABAMA | |
|---|---|---|
| Don Siegelman<br>Governor | DEPARTMENT OF CORRECTIONS<br>Julia Tutwiler Prison for Women<br>8966 U.S. Highway 231<br>Wetumpka, AL 36092 | Michael W. Haley<br>Commissioner |
| Gladys Deese<br>Warden III | (334)567-4369 | Frank Albright<br>Deputy Warden |

**TO:** Ashley Jones

**FROM:** Gladys Deese
Warden III

**DATE:** October 1, 2002

**REF:** **GED EXAMINATION**

Congratulations are to be extended to you in earning your GED. Your hard work and studies have paid off!

I hope this will be an incentive to you, to realize that you can achieve greater things, and you will continue to further your education and maintain a positive attitude while you are here Tutwiler.

Best of luck to you.


cc:   Inmate File
      file


Exhibit __

*TUTWILER GED
PROGRAM*

Thru
*Ingram State Technical College*

---

September 26, 2002

**Subject: Ashley T. Jones**        AIS # 216506

**To: Whom it may concern**

I am writing this letter to assist Ashley in procuring the use of programs that may be available to her at this time or to assist her in any other way.

Ashley entered my GED program, as a student, within Tutwiler Prison on May 15th, 2002. When I tested her, she scored a little above 8th grade level. Ashley really studied hard and a lot of what she already knew returned. On August 26th, 2002, I sent her to take her GED test. She passed with flying colors.

I would like to give a little historical background as well about Ashley. Ashley had been in my class previously, but misbehaved so badly that she had to be put out of class. When she returned the last time, I told her that if she would make an effort, she could get a GED. She agreed to work hard. The rest, as they say, is history. Ashley has done so well that I asked her to return to class to work as a GED peer tutor. This young lady has really changed not only her educational level, but also the type of person that she used to be.

Sir/Madam, I wish to thank you in advance for your consideration in this matter. If I may be of service, please contact me at Tutwiler Prison, ext. 234.


Respectfully,

*Joel Brock*

Joel Brock
GED Instructor

NO12A                                                                REV.07/15/86

## WORK SUPERVISOR'S/CORRECTIONAL OFFICER'S REPORT

Institution: Tutwiler                      Date: 09-26-02
Name: Ashely Jones                         AIS #: B-216586
Job: Ged Tutor                             R & S: B/F

I certify that I have been this inmate's work supervisor since
_____. I supervise him for _____ hours
       (Date)
per day. He (does/does not) work under my direct supervision.
==================================================================
Instructions: Please give a brief response to each of the following. If you do not know about a particular area, please say so. Do not answer good or bad without giving the specific reason(s) behind your answer.
==================================================================

1) Adjustment to incarceration: __Poor __Fair __Good ✓Excellent
Comments: Ashley Jones has adjust to incarceration very well

2) Work Performance: __Malingerer __Gets By ✓Performs well
                     __Unusually Good Worker
Comments: Always stays busy

3) General Attitude: __Poor __Fair __Good ✓Excellent
Comments: Always have a smile on her face

4) Relationship with other inmates: __Poor __Fair __Good ✓Excellent
Comments: Seems to get along with other inmates.

5) Relationship with Correctional Staff: __Poor __Fair __Good ✓Excellent
Comments: Very respectful to officers

6) Utilization of spare time: __Poor __Fair __Good ✓Constructive
Comments: Keeps herself busy.

7) Personal appearance: __Unkempt __Average ✓Always Well Groomed
Comments: Very clean

8) Maintenance of living area: __Messy __Average ✓Neat and Tidy
Comments: Very neat.
==================================================================

The specific reason I have prepared this report is: to place a good report into Ashley file.

I am aware that this report can be used in consideration of less restrictive placement and custodies and also can be used for purposes of IGT which, if granted, may result in an early release to society.

_____   _____   _____
Work Supervisor/Correctional Officer   Position/Title   Shift

Exhibits

N012A                                                                    REV. 07/15/86

## WORK SUPERVISOR'S/CORRECTIONAL OFFICER'S REPORT

Institution: **Tutwiler**              Date: **10-22-05**
Name: **Ashley Jones**                 AIS #: **216506**
Job: **Factory Worker**                R & S: **B/F**

I certify that I have been this inmate's work supervisor since **N/A** (Date). I supervise him for _____ hours per day. She (~~does~~/does not) work under my direct supervision.

====================================================================

Instructions: Please give a brief response to each of the following. If you do not know about a particular area, please say so. Do not answer good or bad without giving the specific reason(s) behind your answer.

====================================================================

1) Adjustment to incarceration: __Poor __Fair ✓Good __Excellent
Comments: Seem to adjust well / Much improvement

2) Work Performance: __Malingerer __Gets By __Performs well __Unusually Good Worker
Comments:

3) General Attitude: __Poor __Fair ✓Good __Excellent
Comments: Attitude is Positive.

4) Relationship with other inmates: __Poor __Fair ✓Good __Excellent
Comments: Get Along Well with Fellow inmates.

5) Relationship with Correctional Staff: __Poor __Fair ✓Good __Excellent
Comments: Give D.O.C. limited Problems.

6) Utilization of spare time: __Poor __Fair ✓Good __Constructive
Comments: Reading, Writing and Watching T.V.

7) Personal appearance: __Unkempt ✓Average __Always Well Groomed
Comments: Meets Required Standard.

8) Maintenance of living area: __Messy ✓Average __Neat and Tidy
Comments: Meets Required Standard.

====================================================================

The specific reason I have prepared this report is: To Reinforce All Positive behaviors inmate Jones displays.

I am aware that this report can be used in consideration of less restrictive placement and custodies and also can be used for purposes of IGT which, if granted, may result in an early release to society.

_____            _____            _____
Work Supervisor/Correctional Officer   Position/Title: CO 1   Shift: 2nd

Exhibit G

N012A                                                                    REV. 07/15/86

## WORK SUPERVISOR'S/CORRECTIONAL OFFICER'S REPORT

Institution: Tutwiler                       Date: 11-2-05
Name: Ashley Jones                          AIS #: 216506
Job: Gallery                                R & S: BF

I certify that I have been this inmate's work supervisor since
_____. I supervise him for _____ hours
        (Date)
per day. He (does/~~does not~~) work under my direct supervision.

================================================================
Instructions: Please give a brief response to each of the following. If you do not know about a particular area, please say so. Do not answer good or bad without giving the specific reason(s) behind your answer.
================================================================

1) Adjustment to incarceration: ___Poor ___Fair ✓Good ___Excellent
Comments: Has adjusted well

2) Work Performance: ___Malingerer ___Gets By ✓Performs well
                     ___Unusually Good Worker
Comments:

3) General Attitude: ___Poor ___Fair ✓Good ___Excellent
Comments: Attitude has improved

4) Relationship with other inmates: ___Poor ___Fair ✓Good ___Excellent
Comments: Has matured in this area

5) Relationship with Correctional Staff: ___Poor ___Fair ✓Good ___Excellent
Comments: Much improvement with maturing

6) Utilization of spare time: ___Poor ___Fair ✓Good ___Constructive
Comments:

7) Personal appearance: ___Unkempt ___Average ✓Always Well Groomed
Comments: Never any problems here

8) Maintenance of living area: ___Messy ___Average ✓Neat and Tidy
Comments: Always maintained in this area

================================================================

The specific reason I have prepared this report is: Inmate Jones has matured and I would like to see her be able to utilize whatever programs available for her.

I am aware that this report can be used in consideration of less restrictive placement and custodies and also can be used for purposes of IGT which, if granted, may result in an early release to society.

_Tanya Mosley_                          CO1              1st
Work Supervisor/Correctional Officer    Position/Title   Shift

N012A                                                                                          REV.07/15/86

### WORK SUPERVISOR'S/CORRECTIONAL OFFICER'S REPORT

Institution: _Tutwiler Prison_                    Date: _26 September 2002_
Name: _Ashley Jones_                              AIS #: _216506_
Job: _Ged Tutor_                                  R & S: _B/F_

I certify that I have been this inmate's work supervisor since _Feb 2002_.
                                    (Date)
I supervise him for _2_ hours per day. ~~She~~ He (does/does not) work under my direct supervision.

====================================================================
Instructions: Please give a brief response to each of the following. If you do not know about a particular area, please say so. Do not answer good or bad without giving the specific reason(s) behind your answer.
====================================================================

1) Adjustment to incarceration: __Poor __Fair __Good _X_Excellent
Comments: _She has to adjust to the environment well_

2) Work Performance: __Malingerer __Gets By __Performs well _X_Unusually Good Worker
Comments: _She keeps herself busy with assisting in the library and cleaning the captains office and rearranging_

3) General Attitude: __Poor __Fair __Good _X_Excellent _for Mrs Boyd_
Comments: _doesn't have a problem with her attitude_

4) Relationship with other inmates: __Poor __Fair _X_Good __Excellent
Comments: _getting along with other to the best of her ability_

5) Relationship with Correctional Staff: __Poor __Fair __Good _X_Excellent
Comments: _Seems to get along with staff members_

6) Utilization of spare time: __Poor __Fair __Good _X_Constructive
Comments: _keeps herself busy with class tours, tutoring and other class activities_

7) Personal appearance: __Unkempt __Average _X_Always Well Groomed
Comments: _neat, keep herself well presented_

8) Maintenance of living area: __Messy __Average _X_Neat and Tidy
Comments: _Neat appearance_

====================================================================

The specific reason I have prepared this report is: _to place a good report into Ashley's file and for Judge_

I am aware that this report can be used in consideration of less restrictive placement and custodies and also can be used for purposes of IGT which, if granted, may result in an early release to society.

_Charlotte Boyd_  _Library Supervisor_   _ASAT_         _8-5_
Work Supervisor/Correctional Officer / Position/Title    Shift

# _I don't have any problems for Ashley Jones._