IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ASHLEY T. JONES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CASE NO. 2:05-cv-731-WKW |
| v. | ) |
| | ) |
| GLADYS DEESE, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**<u>ORDER</u>**

This case is before the court on a Recommendation (Doc. # 14) filed by the Magistrate Judge, recommending that the Motion for Summary Judgment (Doc. # 8) filed by the defendants be granted. No objections have been filed.

After an independent and de novo review of the record, it is the ORDER, JUDGMENT and DECREE of the Court that:

1. The Recommendation (Doc. # 14) of the Magistrate Judge is ADOPTED;

2. The defendants Motion for Summary Judgment (Doc. # 8) is GRANTED;

3. This case is DISMISSED with prejudice.

An appropriate judgment will be entered.

DONE this 31st day of March, 2008.

                                           /s/ W. Keith Watkins
                                   UNITED STATES DISTRICT JUDGE