IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ASHLEY T. JONES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CASE NO. 2:05-cv-731-WKW |
| v. | ) |
| | ) |
| GLADYS DEESE, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**FINAL JUDGMENT**

In accordance with the prior proceedings, opinions, and orders of the Court, it is the ORDER, JUDGMENT, and DECREE of the Court that this action is DISMISSED with prejudice.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure

DONE this 31st day of March, 2008.

                                                 /s/ W. Keith Watkins
                                              UNITED STATES DISTRICT JUDGE